IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| KRISTIE MASON, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 5:cv-23-01334 |
| § | |
| HEALTH CARE SERVICE § | |
| CORPORATION, DBA BLUE CROSS § | |
| AND BLUE SHIELD OF TEXAS, § | |
| § | |
| Defendant. § | |

**DEFENDANT HEALTH CARE SERVICE CORPORATION'S
NOTICE OF REMOVAL**

**PLEASE TAKE NOTICE** that Defendant Health Care Service Corporation d/b/a Blue Cross and Blue Shield of Texas ("Defendant") hereby gives notice of the removal of this matter to the United States District Court for the Western District of Texas from the 166th Judicial District in the District Court of Bexar County, Texas. Removal is based on diversity jurisdiction, 28 U.S.C. § 1332(a)(1), as shown by the following:

1. On September 20, 2023, Plaintiff Kristie Mason ("Plaintiff") filed her Original Petition and Jury Demand ("Original Petition"), Cause No. 2023 CI 20373, in the 166th District Court of Bexar County, Texas naming Health Care Service Corporation d/b/a Blue Cross and Blue Shield of Texas as Defendant. (*See* Plaintiff's Original Petition and Jury Demand, attached hereto as **Exhibit A**.)

**Diversity Jurisdiction**

2. Under 28 U.S.C. § 1332, federal courts have original federal jurisdiction over "all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interests and costs, and is between citizens of different States." *See* 28 U.S.C. § 1332(a)(1).

Because diversity jurisdiction exists, Defendant is entitled to remove this case to this Court pursuant to 28 U.S.C. § 1441(b).

3. In the Fifth Circuit, a defendant establishes that the amount in controversy exceeds the jurisdictional minimum by a preponderance of the evidence if "it is apparent from the face of the petition that the claims are likely to exceed $75,000." *Martinez v. Kroger Tex. L.P.*, 2019 U.S. Dist. LEXIS 31057, at *3 (S.D. Tex. Feb. 27, 2019) (citation omitted). Here, Plaintiff states in the Original Petition that she is seeking monetary relief in excess of $75,000.00. *See* **Ex. A** at ¶ 11 ("Plaintiff hereby seeks monetary relief over $250,000 but not more than $1,000,000…"). As a result, the monetary relief Plaintiff seeks exceeds the amount in controversy requirement for purposes of establishing original jurisdiction in federal court.

4. Plaintiff, an individual, is, and was at the time of the filing of the Original Petition, a resident of the state of Texas, and therefore is a citizen of Texas. *See* **Ex. A** at ¶ 1.

5. Pursuant to 28 U.S.C. § 1332(c)(1), "a corporation shall be deemed to be a citizen of any State by which it has been incorporated and of the State where it has its principal place of business." *See also Hertz Corp. v. Friend*, 559 U.S. 77, 80-81 (2010).

6. Defendant is, and was at the time of the filing of the Original Petition, a Mutual Legal Reserve Company organized under the laws of the State of Illinois, with its headquarters and principal place of business in Chicago, Illinois. (*See* Declaration of Andrew N. DeYoe, attached hereto as **Exhibit B**).

7. Defendant is an unincorporated division of Health Care Service Corporation, and, therefore, is an Illinois resident and citizen for diversity purposes. *See id.*; *see also, e.g., Coghlan v. Blue Cross Blue Shield of Texas*, No. H-12-2703, 2013 U.S. Dist. LEXIS 5111, at ** 4-6 (S.D. Tex. Jan. 14, 2013) (finding that Defendant is a citizen of Illinois for diversity purposes); *Fischer*

*v. Blue Cross & Blue Shield of Tex.*, 879. F. Supp 581, 587 (N.D. Tex. 2012) (same); *Hesse v. Blue Cross Blue Shield of Texas*, No. 4:11CV362, 2011 U.S. Dist. LEXIS 102012, at *2 (E.D. Tex. Aug. 15, 2011) (same).

8. Accordingly, this Court has jurisdiction over this action, and the action is removable because (1) Plaintiff has alleged an amount in controversy that exceeds $75,000 and (2) complete diversity exists. 28 U.S.C. § 1332(a)(1).

## Compliance With Procedural Requirements

9. Defendant was served with a copy of the Original Petition on September 28, 2023. Pursuant to 28 U.S.C. § 1446(b)(1), this Notice of Removal is timely filed within 30 days of receipt of the Original Petition.

10. Venue is proper in this district pursuant to 28 U.S.C. § 1441(a) because the state court where the suit is pending is located in this district.

11. Defendant states that this removal is well grounded in fact, warranted by existing law, and not interposed for any improper purpose.

12. Pursuant to 28 U.S.C. § 1446(d), concurrent with the filing of this notice, Defendant is serving via e-mail and U.S. Mail, postage prepaid, this Notice of Removal upon Plaintiff's counsel.

13. Defendant is electronically filing today a copy of this Notice of Removal with the Clerk of Court of the District Court of Bexar County, Texas, as required by 28 U.S.C. § 1446(d).

14. Contemporaneously herewith, Defendant files its JS-44 Civil Cover Sheet and Supplement to JS-44 Civil Cover Sheet.

15. Pursuant to 28 U.S.C. § 1446(a), Defendant also files the state court docket sheet, citation, and return of service filed in the District Court of Bexar County, Texas, attached hereto as **Group Exhibit C**.

16. Plaintiff demanded a jury in her Original Petition.

**WHEREFORE**, having fulfilled all statutory requirements, Defendant hereby removes this action from the 166th District Court of Bexar County, Texas to the United States District Court for the Western District of Texas, and respectfully requests that this Court assume full jurisdiction over this action and retain jurisdiction for all further proceedings.

Dated: October 20, 2023                                    Respectfully submitted,

                                                           */s/ Amanda E. Brown*
                                                           Amanda E. Brown
                                                           Texas Bar No. 24087839
                                                           Attorney-in-charge
                                                           aebrown@reedsmith.com
                                                           **REED SMITH LLP**
                                                           2850 N. Harwood Street
                                                           Suite 1500
                                                           Dallas, Texas 75201
                                                           Phone: 469-680-4232
                                                           Facsimile: 469-680-4299

                                                           **ATTORNEY FOR DEFENDANT HEALTH CARE SERVICE CORPORATION D/B/A BLUE CROSS AND BLUE SHIELD OF TEXAS**

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and served the following by U.S. Mail, postage prepaid, and by e-mail:

Dennis L. Richard
Law Office of Dennis L. Richard
14255 Blanco Road
San Antonio, Texas 78216
dennislrichardlaw@gmail.com

　　　　　　　　　　　　　　　　　　　　　*/s/ Amanda E. Brown*
　　　　　　　　　　　　　　　　　　　　　Amanda E. Brown

# EXHIBIT A

FILED
9/20/2023 10:59 AM
Gloria A. Martinez
Bexar County District Clerk
Accepted By: Elvira Ramirez
Bexar County - 166th District Court

CAUSE NO. 2023CI20373

| | | |
|---|---|---|
| KRISTIE MASON, | § | IN THE DISTRICT COURT |
| *Plaintiff*, | § | |
| | § | |
| vs. | § | ___ JUDICIAL DISTRICT |
| | § | |
| HEALTH CARE SERVICE | § | |
| CORPORATION, d/b/a BLUE CROSS | § | BEXAR COUNTY, TEXAS |
| and BLUE SHIELD OF TEXAS, | § | |
| *Defendant*. | | |

### PLAINTIFF'S ORIGINAL PETITION and JURY DEMAND

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES**, KRISTIE MASON, hereinafter referred to as Plaintiff or "Mason", complaining of and about HEALTH CARE SERVICE CORPORATION, d/b/a BLUE CROSS and BLUE SHIELD OF TEXAS, hereinafter referred to as Defendant or "BCBS" and for cause of action files this her Plaintiff's Original Petition, showing to the Court as follows:

### I.
### PARTIES AND SERVICE

1. Plaintiff, Mason, is a citizen of the United States and the State of Texas and resides in Tom Green County, Texas.

2. Defendant, BCBS, is a Domestic for Profit Corporation, doing business in Tom Green County and Bexar County, Texas. Service of process on Defendant may be effected by delivering a copy of Plaintiff's Original Petition to Corporation Service Company, by certified mail, return receipt requested, at 211 East 7th Street, Suite 620, Austin, TX 78701-3218.

3. This is a Level III case.

### II.
### JURISDICTION AND VENUE

4. This Court has jurisdiction over the subject matter and the parties to this case and all conditions precedent to the filing of this suit have been met.

1

Copy from re:SearchTX

## III.
## JURY DEMAND

5.      Plaintiff is requesting trial by jury and will tender the statutory jury fee.

## IV.
## AGENCY

6.      Whenever in this petition it is alleged that the Defendant did any act or thing, it is meant that Defendant's officers, agents, servants, employees or representatives did such act or thing and that at the time such act or thing was done, it was done with the full authorization or ratification of or by Defendant and was done in the normal and routine course and scope of employment of Defendant's officers, agents, servants, employees or representatives.

## V.
## FACTS

7.      On or about July 17, 2023, a manager for BCBS, Paul Gattis, falsely wrote that Mason was terminated and not eligible for rehire.  Gattis published this false information to a number of BCBS Supervisors and to the entire Williams Team of Customer Advocates. Plaintiff believes that the total number of BCBS employees receiving email is over 30.  Gattis advised these BCBS employees that Plaintiff's last day was July 13, 2023 and that Mason was terminated on July 13, 2023. The false allegations by Supervisor Gattis constitute defamatory statements (both oral and written) that are injurious to Mason's office, profession and occupation.  Under Texas Common Law they amount to Libel Per Se and Slander Per Se. Damage to Plaintiff's reputation is presumed.

8.      The allegations made by Gattis were known by this manager for BCBS to be false or were made with reckless disregard as to whether they were true or false.  Nevertheless, these statements were communicated and published by Gattis without privilege for doing so and Defendant, through the conduct of Gattis, knew and understood the allegations made about Plaintiff to have been made in an accusatory and defamatory context.

2

Copy from re:SearchTX

9. When these defamatory statements were made and published by Gattis, there was information available to Gattis and BCBS that raised serious doubts about the truth of the statements being communicated and published, but Gattis and BCBS made no effort to prevent the publishing of false statements about Plaintiff. Gattis was not punished or censured for doing so. These false allegations were made intentionally, knowingly and with ill will, actual malice and reckless disregard for their truth or falsity, and without legal excuse or privilege. The allegations about Plaintiff tended to injure her reputation and expose her to public hatred, contempt, ridicule and financial injury, and to impeach her honesty, integrity, virtue and reputation. The conduct of Gattis amounted to an invasion of privacy and an intrusion upon Mason's seclusion.

## VI.
## DAMAGES

10. By reason of Defendant's acts and conduct, as herein alleged, Plaintiff has been damaged as follows:

   a.) Compensatory damages (including emotional pain and suffering, inconvenience, mental anguish, loss of enjoyment of life, and other non-economic damages).

   b.) Damage to Plaintiff's reputation both in the past and within reasonable probability in the future as well.

   c.) Punitive damages for Defendant engaging in unlawful intentional Libel, Slander and Invasion of Privacy with reckless indifference to the common law and statutorily protected rights of an aggrieved individual like Plaintiff, Kristie Mason.

11. Pursuant to Rule 47 of the Texas Rules of civil Procedure, Plaintiff hereby seeks monetary relief over $250,000.00 but not more than $1,000,000.00, including costs, expenses, pre- and post-judgment interests, and attorney's fees. Plaintiff further requests that the non-expedited rules apply in this case.

3

Copy from re:SearchTX

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that upon final trial of this cause, Plaintiff has and recovers of and from the Defendant actual damages and punitive damages in a sum within the jurisdictional limits of this Court, pre-and post-judgment interest as allowed by law, attorney's fees, costs of Court, and for such other and further relief, both general and special, at law or in equity, to which Plaintiff may show herself justly entitled.

Respectfully submitted,


__/s/*Dennis L. Richard*____
Dennis L. Richard
SBN:  16842600
**LAW OFFICE OF DENNIS L. RICHARD**
14255 Blanco Road
San Antonio, TX 78216
Telephone:  (210) 308-6600
Telecopier:  (210) 308-6939
dennislrichardlaw@gmail.com

4

Copy from re:SearchTX

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 79744256
Filing Code Description: Petition
Filing Description:
Status as of 9/20/2023 11:30 AM CST

Associated Case Party: Kristie Mason

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Dennis L. Richard | | dennislrichardlaw@gmail.com | 9/20/2023 10:59:25 AM | SENT |
| Maribel Susil | | maribel.legal@outlook.com | 9/20/2023 10:59:25 AM | SENT |

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **KRISTIE MASON,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. _____ |
| **HEALTH CARE SERVICE** | § | |
| **CORPORATION, DBA BLUE CROSS** | § | |
| **AND BLUE SHIELD OF TEXAS,** | § | |
| | § | |
| Defendant. | § | |

## DECLARATION OF ANDREW N. DEYOE

The undersigned, Andrew N. DeYoe, declares as follows:

1. I am over twenty-one years of age, have not been convicted of a felony, and am otherwise competent to testify. The matters set forth in this Declaration are based on my personal knowledge and my review of Health Care Service Corporation's business records and are true and correct to the best of my knowledge.

2. I am employed as Associate General Counsel for Health Care Service Corporation ("HCSC"), a Mutual Legal Reserve Company operating in Texas as Blue Cross and Blue Shield of Texas ("BCBSTX"). In this capacity, I am familiar with the corporate structure and citizenship of HCSC, and I have access to the relevant business records and information regarding the corporate structure of HCSC.

3. HCSC is an Illinois domestic mutual company that is organized under the laws of Illinois. HCSC has its headquarters and principal place of business at 300 East Randolph Street, Chicago, Illinois, from which HCSC's officers direct, control, and coordinate HCSC's corporate activities. All of this has been true continuously since at least July 17, 2020.

4.     BCBSTX is an unincorporated division of HCSC and has been since 1998 when it merged with HCSC. Since that merger, BCBSTX has not been separately incorporated.

5.     As permitted by 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 20, 2023, in Chicago, Illinois.

_____
Andrew N. DeYoe

# GROUP EXHIBIT C

166th District Court

# Case Summary
## Case No. 2023CI20373

| | | |
|---|---|---|
| **Kristie Mason VS Health care Service Corporation** § § § | Location: | **166th District Court** |
| | Judicial Officer: | **166th, District Court** |
| | Filed on: | **09/20/2023** |

## Case Information

| | |
|---|---|
| Case Type: | **OTHER EMPLOYMENT** |
| Case Status: | **09/20/2023** Pending |

## Assignment Information

**Current Case Assignment**
Case Number    2023CI20373
Court          166th District Court
Date Assigned  09/20/2023
Judicial Officer  166th, District Court

## Party Information

*Lead Attorneys*

**Plaintiff**    **Mason, Kristie**           **RICHARD, DENNIS**
                                              *Retained*

**Defendant**    **Health care Service Corporation**

## Events and Orders of the Court

09/20/2023   New Cases Filed (OCA)

09/20/2023   PETITION

09/21/2023   **Citation**
             Health care Service Corporation
             Served: 09/28/2023

10/09/2023   RETURN OF SERVICE - SUCCESSFUL
             *Health Care Service Corporation DBA Blue Cross and Blue Shield of Texas*

FILED
10/9/2023 10:20 AM
Gloria A. Martinez
Bexar County District Clerk
Accepted By: Patrick Gordon
Bexar County - 166th District Court

Case 5:23-cv-01334-XR   Document 1   Filed 10/20/23   Page 17 of 20

PRIVATE PROCESS

Case Number: 2023CI20373

Kristie Mason VS Health care Service Corporation
(Note: Attached Document May Contain Additional Litigants)

IN THE **166TH DISTRICT COURT**
BEXAR COUNTY, TEXAS

### CITATION

"THE STATE OF TEXAS"

Directed To:   **Health care Service Corporation DBA Blue Cross and Blue Shield Of Texas**
**BY SERVING Corporation Service Company,**

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00am on the Monday next following the expiration of twenty days after you were served this CITATION and PETITION a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org" Said **Plaintiff's Original Petition And Jury Demand** was filed **on this the 20th day of September, 2023.**
ISSUED UNDER MY HAND AND SEAL OF SAID COURT **on this the 21st day of September, 2023.**

**DENNIS RICHARD**
**ATTORNEY FOR PLAINTIFF**
**14255 Blanco RD**
**San Antonio TX 78216-7718**



Gloria A. Martinez
**Bexar County District Clerk**
101 W. Nueva, Suite 217

San Antonio, Texas 78205
By: /s/ Madison Gamache
     Madison Gamache, Deputy

---

**KRISTIE MASON VS HEALTH CARE SERVICE CORPORATION**

Case Number: 2023CI20373
166th District Court

### Officer's Return

I received this CITATION on the __25__ day of __Sept__, 20__23__ at __8:36__ o'clock __A__ M. and (✓) executed it by delivering a copy of the CITATION with attached **PLAINTIFF'S ORIGINAL PETITION and JURY DEMAND** the date of delivery endorsed on it to the defendant __Health Care Services DBA Blue Cross And Blue Shield__ in person on the __28th__ day of __September__ 20__23__ at __5:58__ o'clock __P__ M. __By Serving Corporation Service Company__ at __211 East 7 St.__ City __Austin__ State __TX__ Zip __78701-3218__

or ( ) not executed because _____.

Fees: _____ Badge/PPS #: __psc 2353__   Date certification expires: __12-31-24__

✱ By Certified Mail
7022 2410 0001 8675 3781

_____ __BEXAR__ County, Texas

BY: /s/ MC

OR: VERIFICATION OF RETURN (If not served by a peace officer) SWORN TO THIS _____

NOTARY PUBLIC, STATE OF TEXAS

OR: My name is __MARIO V CORDOVA__, my date of birth is __02-08-52__, and my address is __3658 CANDLEHEAD LN, San Antonio TX 78244, BEXAR__ County.

I declare under penalty of perjury that the foregoing is true and correct. Executed in __Travis__ County, State of Texas, on the __28th__ day of __September__, A.D., __2023__.

/s/ MC
**Declarant**

Copy from re:SearchTX

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  Viva Tejas Logistics (AAC ☑ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>SEP 2 8 2023 |
| 1. Article Addressed to:<br>Corporation Service Co.<br>211 East 7th St. #620<br>Austin TX 78701-3218 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br>David Grant |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 8134 2349 2729 88 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☑ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7022 2410 0001 8675 3781 | ☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | | Domestic Return Receipt |

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 70222410000186753781

Copy       Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item has been delivered to an agent for final delivery in AUSTIN, TX 78701 on September 28, 2023 at 5:58 am.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered to Agent
**Delivered to Agent for Final Delivery**

AUSTIN, TX 78701
September 28, 2023, 5:58 am

See All Tracking History

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**                                                ⌄

**USPS Tracking Plus®**                                                 ⌄

**Product Information**                                                 ⌄

See Less ∧

Track Another Package

[ Enter tracking or barcode numbers ]

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 80373691
Filing Code Description: Return of Service Successful
Filing Description: Health Care Service Corporation DBA Blue Cross and Blue Shield of Texas
Status as of 10/9/2023 12:05 PM CST

Associated Case Party: Kristie Mason

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Dennis L. Richard | | dennislrichardlaw@gmail.com | 10/9/2023 10:20:36 AM | SENT |
| Maribel Susil | | maribel.legal@outlook.com | 10/9/2023 10:20:36 AM | SENT |

Copy from re:SearchTX